DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

QUANTAVIOUS D'ANTHONY GRANT,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-1275

_____

February 7, 2024

Appeal from the Circuit Court for Manatee County; Stephen Mathew Whyte, Judge.

Howard L. Dimmig, II, Public Defender, and Richard P. Albertine, Jr., Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.


PER CURIAM.

   Affirmed.

VILLANTI, KHOUZAM, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.